IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| STINGRAY IP SOLUTIONS LLC,<br><br>Plaintiff,<br><br>v.<br><br>RESIDEO TECHNOLOGIES, INC. and ADEMCO INC.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:22-cv-00420-JRG-RSP<br>(Lead Case)<br><br>JURY TRIAL DEMANDED |
| STINGRAY IP SOLUTIONS LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON CONTROLS, INC., JOHNSON CONTROLS SECURITY SOLUTIONS LLC, SENSORMATIC ELECTRONICS, LLC, VISONIC INC., QOLSYS, INC., and TYCO SECURITY PRODUCTS,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:22-cv-00389-JRG-RSP<br>(Member Case)<br><br>JURY TRIAL DEMANDED |

**JOINT MOTION TO DISMISS**

Plaintiff Stingray IP Solutions LLC ("Plaintiff" or "Stingray") and Defendants Johnson Controls, Inc., Johnson Controls Security Solutions LLC, Sensormatic Electronics, LLC, Visonic Inc., Qolsys, Inc., and Tyco Security Products (collectively, "Defendants")[1] have resolved Stingray's claims for relief asserted against Defendants in this case.

---

[1] Plaintiff and Defendants are referred to herein collectively as the "Parties."

**JOINT MOTION TO DISMISS** – Page 1

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), Stingray and Defendants through their attorneys of record, request the Court to dismiss all claims asserted by Stingray against Defendants with prejudice, with each party to bear their own attorneys' fees, costs of court, and expenses.

Dated: July 25, 2023

Respectfully submitted,

/s/ Jeffrey R. Bragalone
    Jeffrey R. Bragalone
    Texas Bar No. 02855775
    E-mail: jbragalone@bosfirm.com
    Terry A. Saad
    Texas Bar No. 24066015
    E-mail: tsaad@bosfirm.com
    Marcus Benavides
    Texas Bar No. 24035574
    E-mail: mbenavides@bosfirm.com
    Brandon V. Zuniga
    Texas Bar No. 24088720
    E-mail: bzuniga@bosfirm.com
    Mark M.R. Douglass
    Texas Bar No. 24131184
    E-mail: mdouglass@bosfirm.com
**BRAGALONE OLEJKO SAAD PC**
901 Main Street
Suite 3800
Dallas, Texas 75202
Telephone: (214) 785-6670
Facsimile: (214) 785-6680

Wesley Hill
Texas Bar No. 24032294
E-mail: wh@wsfirm.com
**WARD, SMITH, & HILL, PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

**ATTORNEYS FOR PLAINTIFF STINGRAY IP SOLUTIONS LLC**

/s/ Janine A. Carlan
    Michael E. Jones
    State Bar No. 10929400
    E-mail: mikejones@potterminton.com
    Shaun W. Hassett
    State Bar No. 24074372
    E-mail: shaunhassett@potterminton.com
**POTTER MINTON**
A Professional Corporation
102 N. College, Suite 900
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

Janine A. Carlan (lead attorney)
E-mail: janine.carlan@afslaw.com
Jasjit S. Vidwan (*Pro Hac Vice*)
E-mail: jasjit.vidwan@afslaw.com
**ARENTFOX SCHIFF LLP**
1717 K Street, NW
Washington, DC 20006-5344
Telephone: (202) 857-6000

**ATTORNEYS FOR DEFENDANTS JOHNSON CONTROLS, INC., JOHNSON CONTROLS SECURITY SOLUTIONS LLC, SENSORMATIC ELECTRONICS, LLC, VISONIC INC., QOLSYS, INC., and TYCO SECURITY PRODUCTS**

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(h), I certify that counsel for Plaintiff, Terry Saad, conferred with counsel for Defendants via email exchanges on July 24-25, 2023, as reflected in the body of the Motion, and Defendants indicated that they are in agreement with the relief sought herein and join in the Motion.

/s/Terry A. Saad
TERRY A. SAAD

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service on July 25, 2023.

/s/ *Terry A. Saad*
TERRY A. SAAD