IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| STINGRAY IP SOLUTIONS LLC, *Plaintiff*, v. RESIDEO TECHNOLOGIES, INC. et al., *Defendants*. | CIVIL ACTION NO. 2:22-CV-00420-JRG-RSP (LEAD CASE) |
| STINGRAY IP SOLUTIONS LLC, *Plaintiff*, v. JOHNSON CONTROLS, INC., et al., *Defendants*. | CIVIL ACTION NO. 2:22-CV-00389-JRG-RSP (MEMBER CASE) |

## ORDER

Before the Court is the Joint Motion to Dismiss (the "Motion") filed by Stingray IP Solutions LLC ("Plaintiff") and Johnson Controls, Inc., Johnson Controls Security Solutions LLC, Sensormatic Electronics, LLC, Visonic Inc., Qolsys, Inc., and Tyco Security Products ("Defendants"). (Dkt. No. 72.) In the Motion, the parties represent that the above-captioned Member Case has been resolved and request dismissal of that action with prejudice. (*Id*. at 1.)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims and causes of action asserted by Plaintiff against Defendants in the above-captioned Member Case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees.

The Clerk of Court is directed to **CLOSE** Member Case No. 2:22-CV-00389 as no parties or claims remain, and **MAINTAIN AS OPEN** the Lead Case.

**So Ordered this**

**Jul 27, 2023**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE